E-FILED 11-23-09
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY HILL DESIGNS, LLC, et al., | CASE NO. CV 09-4212-GHK (PLAx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| UNITED PARCEL SERVICE, INC., et al., | |
| Defendants. | |

    Pursuant to our November 23, 2009 Order, granting Defendant United Parcel Service, Inc.'s Motion to Dismiss, the First Amended Class Action Complaint is **DISMISSED with prejudice**.

    **IT IS SO ORDERED**.

DATED: November 23, 2009

_____
GEORGE H. KING
United States District Judge